IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD EDWARD BLODGETT,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

No. 1:10-cv-01177-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation, so I review this matter de novo. I agree with Magistrate Judge Clarke that substantial evidence supports the Commissioner's decision to deny benefits.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#18) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 23 day of February, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER